### HARDISON WHISKY COMPANY *v.* LEWIS.

LEWIS, J. 1. Where premises are abandoned by a tenant, the fact that the landlord allows other parties to occupy them temporarily without rent does not, without more, necessarily work a rescission of the contract of rental. *Way* v. *Myers*, 64 *Ga.* 760.

2. The evidence was conflicting, but was sufficient to sustain the verdict.

*Judgment affirmed. All the Justices concurring.*

Argued January 2,— Decided February 5, 1902.

Distress warrant.　Before Judge Butt.　Macon superior court. January 8, 1901.

*A. T. Harper* and *DuPree & Harrison*, for plaintiff in error.
*Greer & Felton*, contra.